PER CURIAM.
Affirmed. See, e. g., Metropolitan Dade County v. United States Fidelity & Guaranty Company, 365 So.2d 1082 (Fla. 3d DCA 1979); Roach v. Raubar, 362 So.2d 84 (Fla. 3d DCA 1978); Tiny’s Liquors, Inc. v. Davis, 353 So.2d 168 (Fla. 3d DCA 1978); McCabe v. Watson, 225 So.2d 346 (Fla. 3d DCA 1969); Talcott v. Holl, 224 So.2d 420 (Fla. 3d DCA 1969), and North Dade Imported Motors v. Brundage Motors, 221 So.2d 170 (Fla. 1st DCA 1969).